IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, LLC, fka FORD MOTOR CREDIT COMPANY, | 6:15-cv-01610-JR<br>**ORDER** |
| Plaintiff, | |
| vs. | |
| DAVID L. GILBERT, ROBERT G. ILER, and BRUCE GILBERT, INC., | |
| Defendants. | |

AIKEN, District Judge:

Plaintiff Ford Motor Credit Company, LLC moves this Court to enter a judgement against defendants David L. Gilbert, Robert G. Iler, and Bruce-Gilbert, Inc. pursuant to Fed. R. Civ. P. 58. I previously granted plaintiff's motion for default judgment against defendants (doc. 16) as well as its motion for entry of judgment awarding attorney's fees and costs. (doc. 25) Now before me is plaintiff's motion or Entry of Judgment. (doc. 26) For the reasons discussed herein, the motion is GRANTED with a downward adjustment to plaintiff's requested post judgment interest rate.

PAGE 1 –ORDER

Therefore, it is ORDERED that judgment be entered in favor of plaintiff, against defendants, jointly and severally as follows:

1. For the principal sum of $324,522.24;

2. Plus accrued interest of $142,909.52, through August 31, 2016;

3. Plus interest continued thereafter, at the contract rate 7.25% ($64.46 per diem), from August 31, 2016, until the date judgment is entered; and

4. Plus post-judgment interest on total judgment from the date of judgement is entered until paid at the rate of 1.79% per annum.

IT IS SO ORDERED.

Dated this 24 day of January, 2018.

_____
Ann Aiken
United States District Judge